IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sprout Financial LLC,<br><br>Plaintiff,<br>vs.<br><br>CapFund Enterprises Incorporated, et al.,<br><br>Defendants. | ) | No. CV-19-05226-PHX-SPL<br>**ORDER** |

Pending before the Court is the parties' Joint Motion to Transfer (Doc. 28). Good cause appearing,

**IT IS ORDERED** that the Joint Motion to Transfer (Doc. 28) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall transfer this matter to the United States District Court for the District of Nevada and terminate this case in the District of Arizona.

Dated this 23rd day of February, 2021.

Honorable Steven P. Logan
United States District Judge